```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19787
   GEJUAN GRASHEN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2536


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/25/07 .

   2.  The case was dismissed without confirmation, 12/07/2007.

-----------------------------------------------------------------------
CREDITOR NAME               CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
-----------------------------------------------------------------------

         Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00        .00           .00
PRINCIPAL PAID        .00         .00         .00        .00           .00
INTEREST PAID         .00         .00         .00        .00           .00
TOTAL PAID            .00         .00         .00        .00           .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 02/12/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                      PAGE   2
     CASE NO. 07 B 19787 GEJUAN GRASHEN
```